UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| CIRO ALDAPE dba CIRO'S RESTAURANT, | § § § § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 7:16-CV-70 |
| | § | |
| UNITED FIRE AND CASUALTY COMPANY, | § § § § | |
| Defendant. | § | |

## ORDER

Based on the Stipulation of the parties, and good cause appearing therefor,

The release by Plaintiff of all claims it has or may have against Defendant in the above-numbered cause is hereby APPROVED; and

IT IS ORDERED that this action be, and hereby is, DISMISSED WITHOUT PREJUDICE, and each side shall bear its own costs and attorneys' fees.

SO ORDERED this 5th day of June, 2018, at McAllen, Texas.

_____
Randy Crane
United States District Judge